**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br>              Plaintiff,<br><br>vs.<br><br>Lockheed Martin Corporation; and ConData Global, Inc.,<br><br>              Defendant. | Adv. No. 25-51554 |

## <u>NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: April 1, 2026            **PACHULSKI STANG ZIEHL & JONES LLP**

                              */s/ Peter J. Keane*
                              Laura Davis Jones (DE Bar No. 2436)
                              Timothy P. Cairns (DE Bar No. 4228)
                              Peter J. Keane (DE Bar No. 5503)
                              Edward Corma (DE Bar No. 6718)
                              919 North Market Street, 17th Floor
                              Wilmington, DE 19801
                              Telephone: (302) 652-4100
                              Email: ljones@pszjlaw.com
                              tcairns@pszjlaw.com
                              pkeane@pszjlaw.com
                              ecorma@pszjlaw.com

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq. MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3863
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br><div align="right">Plaintiff,</div><br>vs.<br><br>Lockheed Martin Corporation; and ConData Global, Inc.,<br><br><div align="right">Defendant.</div> | Adv. No. 25-51554 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on April 1, 2026, via

[X]    Electronic mail, addressed to:

Counsel for Defendant, Lockheed Martin Corporation
Roger A. Clement, Jr., Esq.
VERRILL DANA, LLP
Email:  rclement@verrill-law.com

Counsel for Defendant, ConData Global, Inc.
Nicholas Brannick, Esq.
BALLARD SPAHR LLP
Email:  brannickn@ballardspahr.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 1, 2026              */s/ Jean Esslinger*
                                 Jean Esslinger
                                 ASK LLP
                                 2600 Eagan Woods Drive, Suite 400
                                 Saint Paul, MN 55121